JOHN AITKEN, Individually, and as Trustee, Appellant, *v.* CHARLES H. YOUNG, as Executor of GEORGE FERGUSON, Deceased, et al., Respondents.

*Aitken* v. *Young,* 130 App. Div. 897, affirmed.
(Submitted October 28, 1910; decided November 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover a surplus

alleged to have remained from a sale on execution after satisfaction of judgment.

*John Aitken*, appellant, in person.

*Albert Ritchie* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.